# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DONALD A. McAFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02328-JTF-tmp |
| ) | |
| INTERNATIONAL PAPER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Voluntary Dismissal filed on February 7, 2012, this matter is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

February 7, 2012                               /s/Thomas M. Gould
Date                                                    Clerk of Court

                                                        /s/ Erica M. Evans
                                                        (By)  Law Clerk